UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RYAN SOEHLIG

      Plaintiff,

v.                                                   CASE NO. 3:24-cv-1087-HES-SJH

EXPERIAN INFORMATION
SOLUTIONS, et al.,

      Defendants.
_____/

# ORDER

Defendant American Express National Bank's Disclosure Statement fails to provide the information required by Local Rule 3.03. Doc. 34. Under Local Rule 3.03, each party must file a disclosure statement, using the standard form on the court's website.

Question 4 of the standard form asks whether the outcome of the action might "affect any entity, not yet identified, with publicly traded shares or debt[.]" *Id.* at 4. In answering Question 4, Defendant American Express National Bank ("American Express") selected both "yes" and "no." *Id.* It is thus unclear whether American Express is aware of any unidentified entity with publicly traded shares or debt which might be affected by the outcome of this action. Furthermore, if American Express intends to respond "yes" to Question 4, the standard form also requires it to list any such entities. *Id.*

Additionally, American Express has failed to respond to Question 2.

Accordingly, the Court strikes American Express's Disclosure Statement (Doc. 34). On or before **December 31, 2024**, American Express must file a proper disclosure statement.

**DONE AND ORDERED** in Jacksonville, Florida, on December 20, 2024.

                                                             Samuel J. Horovitz
                                                             United States Magistrate Judge

Copies to:

Counsel of Record